UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL V. LANE, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:14-cv-0007-TWP-TAB |
| DUSHAN ZATECKY, | ) |
| Respondent. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the petitioner, Michael Lane.

**IT IS THEREFORE ADJUDGED** that Lane's petition for writ of habeas corpus is denied and this cause of action is **DISMISSED WITH PREJUDICE.**

Date: 05/14/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Lane
No. 874279
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064